IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEDICAL TECHNOLOGY ASSOCIATES II INC.,**<br><br>v.<br><br>**CARL W. RAUSCH & WORLD TECHNOLOGY EAST II LIMITED** | **CIVIL ACTION**<br><br>**NO. 21-1095** |

### ORDER RE: DEFENDANTS' MOTION TO DISQUALIFY COOLEY, LLP

**AND NOW**, this 17th day of March, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that the Motion to Disqualify the Cooley Law Firm (Doc. No. 49) is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON, U.S.D.J.**