IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MEDICAL TECHNOLOGY ASSOCIATES II INC., <br><br> v. <br><br> CARL W. RAUSCH & WORLD TECHNOLOGY EAST II LIMITED | CIVIL ACTION <br><br> NO. 21-1095 |
|---|---|

**ORDER RE: DEFENDANTS' MOTION TO DISQUALIFY COOLEY, LLP**

The Court's Memorandum, filed on March 18, 2022 (Doc. No. 117) on the issue of disqualification of Cooley, inadvertently omitted reasons why it did not give any weight to the Affidavit of Carl Rausch (Doc. No. 51).  The Court has prepared an Amended Memorandum which shall be filed this date.

DATE: 3/21/2022

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 21\21-1095 Medical Tech Asso v. Rausch\21cv1095 order re motion to disqualify counsel.docx