# Ferrara Law Group, P.C.



May 19, 2022

**VIA ECF**
Honorable Michael M. Baylson
United States District Court
  for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 3810
Philadelphia, PA 19106

    Re:    **Medical Technology Associates, Inc. v. Carl W. Rausch, et al.**
              **No. 2:21-cv-01095-MMB (E.D. Pa.)**

Dear Judge Baylson:

    This office represents Defendants Carl W. Rausch and World Technology East II Limited in the above captioned matter.

    Pursuant to the Court's May 16, 2022 Scheduling Order (ECF No. 147), I am writing to advise the Court that Defendants do not intend to present additional fact testimony. Defendants however reserve the right to present rebuttal testimony should Plaintiff elect to present additional fact testimony.

    Thank you for your continued attention to this matter.

                                          Respectfully yours,

                                          **FERRARA LAW GROUP, P.C.**

                                          */s/ Aaron L. Peskin*

                                          AARON L. PESKIN

cc:    All counsel of record (via ECF)