# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEDICAL TECHNOLOGY ASSOCIATES II INC.,**<br><br>v.<br><br>**CARL W. RAUSCH & WORLD TECHNOLOGY EAST II LIMITED** | **CIVIL ACTION**<br><br>**NO. 21-1095** |

## ORDER RE: SANCTIONS

**AND NOW**, this 4th day of August, 2022, for the reasons set forth in the accompanying Memorandum, sanctions are imposed on Jonathan Graves, Esq. as so stated in the Memorandum. Additionally, Plaintiff's Motion for Leave to File the Report of Gregory P. Joseph, Esq. is **GRANTED**.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-1095 Medical Tech Asso v. Rausch\21cv1095 order re. sanctions.docx